IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 14-cr-00280-RBJ | Date: July 28, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: N/A | Probation: Justine Kozak |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1. RICHARD CASSERO<br>**Defendant(s)** | *Michele R. Korver*<br><br><br><br>*Matthew C. Golla* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

**ORDERED:**  [38] and [41] Objections are **SUSTAINED and DENIED** as stated on the record.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [39] Defendant's Motion for Variant Sentence is **DENIED.**

   [45] United States' §5K1.1 Motion for Downward Departure Based on Substantial Assistance is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **24 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years,** no fine imposed.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case, 16 days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with the RDAP program in Colorado.

**ORDERED:** **Standard/Mandatory and Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:** 9:26 a.m.          Hearing concluded.          Total time:     00:57